## In the United States Court of Federal Claims

No. 13-913 C

(Filed December 30, 2013)

```
* * * * * * * * * * * * * * *   *
JORDAN POND COMPANY, LLC,       *
                                *
            Plaintiff,          *
                                *
     v.                         *
                                *
THE UNITED STATES,              *
                                *
            Defendant,          *
                                *
DAWNLAND, LLC,                  *
                                *
            Intervenor-Defendant. *
* * * * * * * * * * * * * * *   *
```

**SCHEDULING ORDER**

      The court has before it three motions regarding procedural matters in this bid protest, all filed December 23, 2013. First, defendant seeks leave, in an unopposed motion, to amend the administrative record to include certain pages containing original signatures. These pages are already in the administrative record, minus the original signatures. The court therefore grants defendant's motion to amend the administrative record as set forth in this order.

      Second, plaintiff seeks leave to file an amended complaint. According to plaintiff, the government opposes this request. To facilitate a timely resolution of plaintiff's motion, this order establishes an expedited briefing schedule for the motion.

      Third, plaintiff seeks supplementation of the administrative record with two types of documents, some presenting the proposal of a bidder in the competition at

issue here, others conveying the government's decision-making process regarding a proposed contract with intervenor-defendant.  The court establishes in this order an expedited briefing schedule for plaintiff's motion to supplement the administrative record.

Finally, the court notes that plaintiff's motion regarding redactions of the administrative record, filed December 19, 2013, has been fully briefed.  The terms and schedule of the court's scheduling order of November 22, 2013, however, remain in force.  Regardless of the disposition of plaintiff's motions to redact and supplement the administrative record, and to file an amended complaint, the parties are expected to conform to the briefing schedule adopted by the court at the outset of this protest.

Accordingly, it is hereby **ORDERED** that:

(1) Defendant's Unopposed Motion for Leave to Amend the Administrative Record, filed December 23, 2013, is **GRANTED**.  Defendant shall **FILE** the **Amended Administrative Record** in CD-ROM format no later than **5:00 p.m. eastern time** on **January 2, 2014**.  Defendant shall **DELIVER** two paper courtesy copies of the Index to the Amended Administrative Record and Tab 18 of the Amended Administrative Record to chambers no later than **5:00 p.m. eastern time** on **January 2, 2014**;

(2) Defendant and Intervenor-Defendant's **Responses** to Plaintiff's Motion for Leave to File Its First Amended Complaint shall be **FILED** by **5:00 p.m.**, **eastern time** on **January 2, 2014**;

(3) Defendant and Intervenor-Defendant's **Responses** to Plaintiff's Motion Seeking an Order for Defendant to Include All Relevant Decision Documents in the Administrative Record shall be **FILED** by **5:00 p.m.**, **eastern time** on **January 2, 2014**;

(4) Plaintiff shall **FILE** its **Reply** to Defendant's and Intervenor-Defendant's Responses to Plaintiff's Motion for Leave to File Its First Amended Complaint by **5:00 p.m.**, **eastern time** on **January 6, 2014**;

(5)  Plaintiff shall **FILE** its **Reply** to Defendant's and Intervenor-Defendant's Responses to Plaintiff's Motion Seeking an Order for Defendant to Include All Relevant Decision Documents in the Administrative Record by **5:00 p.m.**, **eastern time** on **January 6, 2014** and

(6)  The briefing schedule and filing requirements set forth in the court's order of November 22, 2013 remain unchanged.

/s/Lynn J. Bush
LYNN J. BUSH
Senior Judge